IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST SAINT LOUIS DIVISION

| | | |
|---|---|---|
| DIANA EILEEN WISE, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Case No. 3:14-cv-01426-SMY-DGW |
| SLM CORPORATION, NAVIENT CORPORATION, and NAVIENT SOLUTIONS, INC., f/k/a SALLIE MAE, INC., | ) ) ) ) ) ) | Judge: Staci M. Yandle Magistrate Judge: Donald G. Wilkerson  **JURY TRIAL DEMANDED** **EQUITABLE RELIEF SOUGHT** |
| *Defendants*. | ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiff, Diana Eileen Wise, by and through undersigned counsel hereby files this Notice of Dismissal and dismisses Defendant SLM Corporation, and only SLM Corporation, without prejudice.

Voluntary dismissal here is proper pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as Defendant SLM Corporation has served neither an answer to the complaint nor a motion for summary judgment, a class has not been certified, this is not a derivative action, and this action is not brought by or against an unincorporated association. After this dismissal, two (2) defendants will remain.

Plaintiff hereby voluntarily dismisses Defendant SLM Corporation **without prejudice**.

Respectfully submitted,
Plaintiff Diana Eileen Wise

THE WISE FIRM LLC

Dated: June 11, 2015

By: */s/ Brandon M. Wise*
Brandon M. Wise – No. 67242
5215 Kingwood Drive

1

St. Louis, MO 63123
Ph: 217-710-1403
Email: Brandon.wise@thewisefirm.com

### CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2015, I electronically filed a true and accurate copy of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of this filing to all counsel of record.

*/s/ Brandon M. Wise*