IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DIANA EILEEN WISE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SLM Corporation, et al,<br><br>Defendants. | Case No. 14-cv-1426-SMY-DGW |

## ORDER

This matter comes before the Court on plaintiffs' Notice of Voluntary Dismissal of Defendant SLM Corporation pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, this action is **DISMISSED** without prejudice as to Defendant SLM Corporation.

**IT IS SO ORDERED.**

**DATED: June 30, 2015**

s/ Staci M. Yandle
**STACI M. YANDLE**
**DISTRICT JUDGE**
